UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

WILL J. GREEAR, JR.,

               Plaintiff,

vs.

AMCOL SYSTEMS, INC.,

               Defendant.

Case No. SC 16 H 0039

Hon. _____

---

| | |
|---|---|
| Will J. Greear, Jr.<br>In Pro Per<br>29319 Fieldstone<br>Farmington Hills, MI 48334<br>(248) 225-9694 | Randall J. Groendyk (P37196)<br>VARNUM LLP<br>Attorneys for Defendant<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000 |

## NOTICE OF REMOVAL

TO:    Clerk of the Court
         47th District Court
         31605 W. Eleven Mile Road
         Farmington Hills, MI 48336

         Will J. Greear, Jr.
         In Pro Per
         29319 Fieldstone
         Farmington Hills, MI 48334

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1232, 1441(a) and (b), and 1446(a), (b), and (d), the above-captioned case has been removed by Defendant AMCOL SYSTEMS, INC., to the United States District Court for the Eastern District of Michigan, for the following reasons:

1. This action was commenced in the 47th Judicial District Court, State of Michigan, and was served upon Defendant Amcol Systems, Inc. on March 7, 2016 (*see* Affidavit and Claim, attached as **Exhibit A**).

2. Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a state court of which the district court of the United States has original jurisdiction, may be removed by the Defendant to the district court of the United States for the district and division embracing the place where such action is pending.

3. The 47th Judicial District Court in Farmington Hills, Michigan, is located within the jurisdiction of the United States Court for the Eastern District of Michigan. This Court is the Court embracing the place where the action is pending.

4. This Complaint is removable to the United States District Court for the Eastern District of Michigan, from the 47th Judicial District Court for the State of Michigan, County of Oakland, pursuant to 28 U.S.C. §§ 1331, 1367, and 1441.

5. Paragraph 9 of the Complaint alleges that the Defendant "reported incorrectly on my credit report that I had not paid $51 to its client for a medical bill. As a result creditors charged me more", which appears to state a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. As such, this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. This Court has supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. § 1367.

7. This Notice of Removal is being filed within 30 days of the date upon which Defendant was served with a copy of the Summons and Complaint. 28 U.S.C. § 1446.

8. Concurrently, Defendant has provided written notice of this Notice of Removal to Plaintiff, filing a copy with the Clerk of the 47th Judicial District Court for the State of Michigan, County of Oakland, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant removes to this Court the above-entitled action, now pending in the 47th Judicial District Court, County of Oakland, in the State of Michigan, and requests that this action be placed on the docket of this Court for further proceedings as though this action had originally been instituted in this Court.

Dated:  March 31, 2016

VARNUM LLP
Attorneys for Defendant

By: /s/ Randall J. Groendyk
Randall J. Groendyk (P37196)
Business Address and Telephone:
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000

## CERTIFICATE OF SERVICE

The undersigned states that he served a copy of Notice of Filing Notice of Removal upon the following individual:

Will J. Greear, Jr.
In Pro Per
29319 Fieldstone
Farmington Hills, MI 48334

via first class mail with postage prepaid.

Dated:  March 31, 2016

/s/ Randall J. Groendyk
Randall J. Groendyk

10413657_1.doc

# Exhibit A

2:16-cv-11178-GCS-EAS   Doc # 1   Filed 03/31/16   Pg 4 of 9   Pg ID 4

Approved, SCAO

To order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

| STATE OF MICHIGAN 47th JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. SC15H0039 |
|---|---|---|

**Court address**
31605 W. Eleven Mile Rd., Farmington Hills, MI 48336

**Court telephone no.**
(248) 871-2910

See instructions on the back of plaintiff and defendant copies.

1. Plaintiff: Will J Greear Jr
   Address: 29319 Fieldstone
   City, state, zip: Farmington Hills, MI 48334
   Telephone no.: 248-225-9694

2. Defendant: Amcol Systems
   Address: 111 Lancewood Rd
   City, state, zip: Columbia, SC 29210
   Telephone no.: 803-798-6370

**NOTICE OF HEARING**
For Court Use Only
The plaintiff and the defendant must be in court on
***TO BE NOTIFIED BY THE COURT*****
Day ____  Date ____
at ____ Time  at ☐ the court address above.
☐ Location ____
Process server's name: CERT   Fee paid: $ ____

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____.
   The action ☐ remains   ☐ is no longer   pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend.   ☐ a partner.   ☐ a full-time employee of the plaintiff.

5. The plaintiff is   ☒ an individual.   ☐ a partnership.   ☐ a corporation.   ☐ a sole proprietor.   ☐ ____ Other

6. The defendant is   ☐ an individual.   ☐ a partnership.   ☒ a corporation.   ☐ a sole proprietor.   ☐ ____ Other

7. The date(s) the claim arose are Nov. 30, 2015
   Attach separate sheets if necessary

8. Amount of money claimed is $ 100   (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are Amcol reported incorrectly on my credit report that I had not paid $51 to its client for a medical bill. As a result creditors charged me more. Which occured in Farmington Hills.

10. The plaintiff understands and accepts that the claim is limited to $3,000.00 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is   ☐ is not   mentally competent. I believe the defendant ☒ is   ☐ is not   18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☒ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: _____

Subscribed and sworn to before me on _____, _____ County, Michigan.

My commission expires: ____ Date    Signature: ____ Deputy clerk/Notary public

Notary public, State of Michigan, County of ____

The defendant(s) must be served by MAY 27 2016
Expiration date

MAIL RECEIVED
MAR 07 2016
AMCOL Systems

DC 84 (1/12) AFFIDAVIT AND CLAIM, Small Claims   MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521

## ADDITIONAL NOTICE AND INSTRUCTIONS

### TO BOTH THE PLAINTIFF AND THE DEFENDANT:

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

- Before the trial (hearing) starts, you have the right to
    1. **remove the case to the general civil division of the district court**, or
    2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

- If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

### TO THE DEFENDANT:

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

- The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.

- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.

- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.

- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

- In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.

**47th DISTRICT COURT**
31605 W. ELEVEN MILE ROAD
FARMINGTON HILLS, MI 48336

7013 1710 0002 2142 0298

METROPLEX
MI 480
02 MAR '16
PM 8 L

RETURN RECEIPT REQUESTED

AMCOL SYSTEMS
111 LANCEWOOD RD
COLUMBIA, SC 29210

U.S. POSTAGE >> PITNEY BOWES
ZIP 48336 $ 006.73⁵
02 1W
0001384508 MAR 01 2016

RETURN RECEIPT REQUESTED

## STATE OF MICHIGAN

## IN THE 47TH DISTRICT COURT

| | |
|---|---|
| WILL J. GREEAR, JR., | Case No. SC 16 H 0039 |
| Plaintiff, | Hon. _____ |
| vs. | |
| AMCOL SYSTEMS, INC., | |
| Defendant. | |

| | |
|---|---|
| Will J. Greear, Jr.<br>In Pro Per<br>29319 Fieldstone<br>Farmington Hills, MI 48334<br>(248) 225-9694 | Randall J. Groendyk (P37196)<br>VARNUM LLP<br>Attorneys for Defendant<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000 |

### NOTICE OF FILING NOTICE OF REMOVAL

TO:   Clerk of the Court
      47th District Court
      31605 W. Eleven Mile Road
      Farmington Hills, MI 48336

      Will J. Greear, Jr.
      In Pro Per
      29319 Fieldstone
      Farmington Hills, MI 48334

PLEASE TAKE NOTICE that on March 31, 2016, Defendant AMCOL SYSTEMS, INC. filed the attached Notice of Removal with the United States District Court for the Eastern District of Michigan, by which the above-captioned state court action was moved to federal court pursuant to 28 U.S.C. §§ 1441 and 1446. Pursuant to 28 U.S.C. § 1446(d), Defendant requests that this Court proceed no further.

                                        Respectfully submitted,

Dated:  March 31, 2016                Varnum LLP
                                        Attorneys for Defendant


                                        By: /s/ Randall J. Groendyk
                                                Randall J. Groendyk (P37196)
                                      Business Address and Telephone:
                                          Bridgewater Place, P.O. Box 352
                                          Grand Rapids, MI  49501-0352
                                          (616) 336-6000

                                                                 10413494_1.doc