# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

WILL J. GREEAR, JR.,

                Plaintiff,

vs.

AMCOL SYSTEMS, INC.,

                Defendant.

Case No. 2:16-CV-11178-GCS-EAS

Hon. George Caram Steeh
Mag. Elizabeth A. Stafford

| Will J. Greear, Jr. | Randall J. Groendyk (P37196) |
|---|---|
| In Pro Per | VARNUM LLP |
| 29319 Fieldstone | Attorneys for Defendant |
| Farmington Hills, MI 48334 | Bridgewater Place, P.O. Box 352 |
| (248) 225-9694 | Grand Rapids, MI 49501-0352 |
| | (616) 336-6000 |

## ORDER OF DISMISSAL

The parties have stipulated that the herein cause of action shall be dismissed

with prejudice and without award of costs or attorney fees.

IT IS SO ORDERED.


Date:  April 7, 2016

                                  s/George Caram Steeh
                                  Hon. George Caram Steeh
                                  United States District Judge